```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILMINGTON PT CORP.,

                    Plaintiff,

-against-

NOEMIE SALOMON, PIERRE W. DESTIN,
LONG ISLAND TAX REDUCTIONS, INC.,

                    Defendants.
------------------------------------------------------------X
```

**ORDER ADOPTING REPORT AND RECOMMENDATION**
20-CV-4068 (DRH)(ST)

Presently before the Court is the Report and Recommendation of Magistrate Judge Steven I. Tiscione, dated June 9, 2021, recommending that the Court grant plaintiff's motion for default judgment, enter a judgment of foreclosure and sale against defendants Noemie Salomon and Pierre W. Destin in the amount of $108,014.06 (consisting of $66,980.70 in principal and $41,033.36 in interest) and that the property be foreclosed and sold in accordance with the proposed judgment of foreclosure and sale. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the June 9, 2021 Report and Recommendation of Judge Tiscione as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for default judgment is granted and Plaintiff is awarded damages as follows: (a) $66,980.70 in unpaid principal under the Note;

and (b) $41,033.36 in accrued interest, for a total award of $108,014.06. The Court will this day enter a Judgment of Foreclosure and Sale consistent herewith.

Dated: Central Islip, New York          s/ Denis R. Hurley
     July 1, 2020                   Denis R. Hurley
                                                United States District Judge